HENRY BRUNING, Appellant, v. MAX BROCK, Defendant, Impleaded with UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Judgment appealed from and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN M. DUFFY, Appellant, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH E. MARX COMPANY, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RALPH PULITZER and Others, as Trustees of the Residuary Trust Created under Article Eleventh of the Last Will and Testament, etc., of JOSEPH PULITZER, Deceased. JOHN G. JACKSON, as Administrator of the Estate of MARGARET PULITZER, Deceased, Appellant; RALPH PULITZER and Others, Individually and as Trustees, etc., and Others, Respondents.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [148 Misc. 116.]

SARA WEITZMAN, Respondent, v. NURA GINSBURG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK ALTMAN and Another, Appellants.— Judgment reversed, the information dismissed and defendants discharged on the authority of Stromberg v. California (283 U. S. 359). Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Merrell, J., dissent and vote for affirmance.

SALLY S. LEVY, Respondent, Appellant, v. MORTON H. FRY and Others, Appellants, Respondents.— Order reversed, with twenty dollars costs and disbursements to the plaintiff, and motion denied, with ten dollars costs, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. All three causes of action are sufficient on their face. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

DOROTHY M. WRIGHT, Appellant, v. WILLIAM A. PRIME, JR., Defendant, Impleaded with HANLEY RIED & Co., Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

HENRY MEIREIS, Individually and as Trustee under a Certain Deed of Trust of HENRY FEHRMANN and BARBARA E. FEHRMANN, Dated January 20, 1932, Appellant, v. JACOB KLAR and CHARLOTTE HOEHLER, as Administrators of the Estates of HENRY FEHRMANN and BARBARA E. FEHRMANN, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.